IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| FENNER INVESTMENTS, LTD. | § | |
|---|---|---|
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:08cv273-LED |
| | § | |
| HEWLETT-PACKARD COMPANY and DELL, INC., | § | JURY TRIAL |
| | § | |
| DEFENDANTS. | § | |

## PLAINTIFF'S TRIAL WITNESS LIST

Pursuant to the Court's Docket Control Order entered in this case [Doc. 40], Plaintiff Fenner Investments, Ltd files this Trial Witness List for identification and categorization of trial witnesses. At this time, Plaintiff identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT, CALL |
|---|---|---|---|---|
| 1. | Steven Bellovin (adverse) (by video deposition) | | √ | |
| 2. | Walt Bratic | √ | | |
| 3. | Joseph Curcio (adverse) (by video deposition) | | √ | |
| 4. | Jason Echols (adverse) (by video deposition) | | √ | |
| 5. | Friedrich Elliott | | √ | |
| 6. | Steve Gillaspy (adverse) (by video deposition) | | √ | |
| 7. | Peter Fenner | √ | | |
| 8. | Suzan Fenner | | | √ |

1

|     |                                                        |   |   |   |
|-----|--------------------------------------------------------|---|---|---|
| 9.  | Darryl Hanson (adverse) (by video deposition)          |   | √ |   |
| 10. | Marc Hubbard                                           |   |   | √ |
| 11. | Bruce LaVigne (adverse) (by video deposition)          |   | √ |   |
| 12. | James Nawrocki (adverse) (by video deposition)         |   | √ |   |
| 13. | Anthony Peterman (adverse) (by video deposition)       |   | √ |   |
| 14. | Narasimha Reddy (adverse) (by video deposition)        |   | √ |   |
| 15. | John Revell (adverse) (by video deposition)            |   | √ |   |
| 16. | Michael J. Seaman (adverse) (by video deposition)      |   | √ |   |
| 17. | Laurie Shaw (adverse) (by video deposition)            |   | √ |   |
| 18. | John Shriver (adverse) (by video deposition)           |   | √ |   |
| 19. | Douglas Tsui (adverse) (by video deposition)           |   | √ |   |
| 20. | Andrew Walding                                         | √ |   |   |
| 21. | Lynn Weber (adverse) (by video deposition)             |   | √ |   |

DATED:  January 29, 2010 Respectfully Submitted,

**LOEWINSOHN FLEGLE DEARY, L.L.P.**

/s/ Jim L. Flegle
Jim L. Flegle, TBN #07118600 (Lead Attorney)
David R. Deary, TBN #05624900
Peter J. Thoma, TBN #19841200
Corey Weinstein, TBN #24037685
12377 Merit Drive, Suite 900
Dallas, Texas 75251-2224
(214) 572-1700 Telephone
(214) 572-1717 Telecopy
Davidd@lfdlaw.com
JimF@lfdlaw.com
Petert@lfdlaw.com
CoreyW@lfdlaw.com

**ATTORNEYS FOR PLAINTIFF,
FENNER INVESTMENTS, LTD.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 29th day of January, 2010, in compliance with the Court's Standing Order Designating Case for Enrollment in the Electronic Case Files "ECF" System and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

/s/ Jim L. Flegle
Jim L. Flegle