IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FENNER INVESTMENTS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:08-CV-273-LED-JDL |
| | § | |
| HEWLETT –PACKARD COMPANY and DELL, INC., | § | Jury Trial Demanded |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING
JOINT MOTION TO EXTEND TIME
TO FILE REPLIES and SUR-REPLIES TO CERTAIN MOTIONS**

The Court has considered the parties' Joint Motion to Extend Time to File their respective Replies and Sur-Replies with regard to the following motions:

1. Motion for Summary Judgment of Invalidity (Dkt #121);

2. Motion for Summary Judgment Regarding No Direct Infringement of the Asserted Method Claims and to Preclude Pre-Suit Damages (#122);

3. Motion for Summary Judgment of Non-Infringement of Claim 3 of the '224 Patent (#124); and

4. Motion to Exclude the Testimony of Walter Bratic (#125)

The Court finds that the Motion should be GRANTED.  Therefore, Defendants shall have an extension to March 18 to file their Replies in support of the above motions.

Plaintiff Fenner shall have an extension of time to March 26 to file its Sur-Replies with regard to these motions.   **So ORDERED and SIGNED this 16th day of March, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE