**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **FENNER INVESTMENTS, LTD.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 6:08cv273-LED** |
| v. | § | |
| | § | **JURY TRIAL** |
| **HEWLETT-PACKARD COMPANY** | § | |
| **and DELL, INC.,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

## PLAINTIFF'S FIRST SUPPLEMENTAL TRIAL EXHIBIT LIST

Plaintiff Fenner Investments, Ltd. hereby serves its First Supplemental Exhibit List. Plaintiff reserves the right to supplement, amend, or otherwise modify this exhibit list based upon those exhibits identified by Defendants and based upon circumstances as they may evolve prior to the commencement of trial.

| **Presiding Judge:** | **Plaintiff's Attorney(s):** | **Defendants' Attorneys:** |
|---|---|---|
| LEONARD DAVIS | Loewinsohn Flegle Deary, LLP | For Hewlett Packard Co.: <br> Goodwin Proctor, LLP <br> Wilson Robertson & Cornelius, P.C. <br><br> For Dell, Inc.: <br> Weil Gotshal & Manges, LLP <br> Alston & Bird LLP <br> Siebman, Reynolds, Burg, Phillips & Smith, LLP |
| **Trial/Hearing Date(s):** <br> May 10, 2010 | **Court Report:** <br> Shea Sloan | **Courtroom Deputy:** <br> Rosa Ferguson |

CATEGORIES:  (A) Will Use; (B) May Use; (C) Probably Won't Use

| PLF EXH. NUM | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| 738 | Assignment Record for U.S. Patent No. 6,606,690 | | B | | | | | | |
| 739 | Assignment Record for U.S. Patent No. 6,665,727 | | B | | | | | | |
| 740 | Assignment Record for U.S. Patent No. 6,804,819 | | B | | | | | | |
| 741 | Assignment Record for U.S. Patent No. 6,977,927 | | B | | | | | | |
| 742 | Assignment Record for U.S. Patent No. 7,010,597 | | B | | | | | | |
| 743 | Assignment Record for U.S. Patent No. 7,386,610 | | B | | | | | | |
| 744 | Dell 35xx PowerConnect Sales | DLF-1010689 | B | | | | | | |
| 745 | Dell 35xx PowerConnect Sales | DLF-1010690 | B | | | | | | |
| 746 | Dell 35xx PowerConnect Sales | DLF-1010691 | B | | | | | | |

| PLF EXH. NUM | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| 747 | Dell Blade Sales | DLF-1010692 | B | | | | | | |
| 748 | Dell Blade Sales | DLF-1010693 | B | | | | | | |
| 749 | Dell PowerConnect Sales | DLF-1010694 | B | | | | | | |
| 750 | Dell PowerConnect Sales | DLF-1010695 | B | | | | | | |
| 751 | Dell PowerConnect Sales | DLF-1010696 | B | | | | | | |
| 752 | HP Blade Switch Sales | HP-FEN_222442 | B | | | | | | |

DATED:  March 29, 2010	Respectfully Submitted,
	**LOEWINSOHN FLEGLE DEARY, L.L.P.**

	/s/ Jim L. Flegle
	Jim L. Flegle, TBN #07118600 (Lead Attorney)
	David R. Deary, TBN #05624900
	Peter J. Thoma, TBN #19841200
	Corey Weinstein, TBN #24037685
	12377 Merit Drive, Suite 900
	Dallas, Texas 75251-2224
	(214) 572-1700 Telephone
	(214) 572-1717 Telecopy
	Davidd@lfdlaw.com
	JimF@lfdlaw.com
	Petert@lfdlaw.com
	CoreyW@lfdlaw.com

	**ATTORNEYS FOR PLAINTIFF,**
	**FENNER INVESTMENTS, LTD.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 29th day of March, 2010, in compliance with the Court's Standing Order Designating Case for Enrollment in the Electronic Case Files "ECF" System and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

	/s/ Jim L. Flegle
	Jim L. Flegle