**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **FENNER INVESTMENTS, LTD.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 6:08cv273-LED** |
| **v.** | § | |
| | § | **JURY TRIAL** |
| **HEWLETT-PACKARD COMPANY** | § | |
| **and DELL, INC.,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**PLAINTIFF'S SECOND SUPPLEMENTAL TRIAL EXHIBIT LIST**

Plaintiff Fenner Investments, Ltd. hereby serves its Second Supplemental Exhibit List.

Plaintiff reserves the right to supplement, amend, or otherwise modify this exhibit list based

upon those exhibits identified by Defendants and based upon circumstances as they may evolve

prior to the commencement of trial.

| Presiding Judge:<br><br>LEONARD DAVIS | Plaintiff's Attorney(s):<br><br>Loewinsohn Flegle Deary, LLP | Defendants' Attorneys:<br><br>For Hewlett Packard Co.:<br>Goodwin Proctor, LLP<br>Wilson Robertson & Cornelius, P.C.<br><br>For Dell, Inc.:<br>Weil Gotshal & Manges, LLP<br>Alston & Bird LLP<br>Siebman, Reynolds, Burg, Phillips & Smith, LLP |
|---|---|---|
| Trial/Hearing Date(s):<br>May 10, 2010 | Court Report:<br>Shea Sloan | Courtroom Deputy:<br>Rosa Ferguson |

CATEGORIES:  (A) Will Use; (B) May Use; (C) Probably Won't Use

| PLF EXH. NUM | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| 753 | HP Ethernet Switch Sales | HP-FEN_222443 | B | | | | | | |
| 754 | HP Blade Server Sales | HP-FEN_222444 | B | | | | | | |

DATED:  April 8, 2010                Respectfully Submitted,
                                     **LOEWINSOHN FLEGLE DEARY, L.L.P.**

                                     /s/ Jim L. Flegle
                                     Jim L. Flegle, TBN #07118600 (Lead Attorney)
                                     David R. Deary, TBN #05624900
                                     Peter J. Thoma, TBN #19841200
                                     Corey Weinstein, TBN #24037685
                                     12377 Merit Drive, Suite 900
                                     Dallas, Texas 75251-2224
                                     (214) 572-1700 Telephone
                                     (214) 572-1717 Telecopy
                                     Davidd@lfdlaw.com
                                     JimF@lfdlaw.com
                                     Petert@lfdlaw.com
                                     CoreyW@lfdlaw.com

                                     **ATTORNEYS FOR PLAINTIFF,**
                                     **FENNER INVESTMENTS, LTD.**


## CERTIFICATE OF SERVICE

        The undersigned certifies that the foregoing document was filed electronically on the 8th day of April, 2010, in compliance with the Court's Standing Order Designating Case for Enrollment in the Electronic Case Files "ECF" System and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.


                                     /s/ Jim L. Flegle
                                     Jim L. Flegle