**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **FENNER INVESTMENTS, LTD.** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:08-CV-273** |
| | § | |
| **HEWLETT-PACKARD CO., et al.** | § | |
| | § | |

**ORDER**

Having reviewed the parties' submissions, the Court allots trial time as follows:

1.  Voire Dire: 30 minutes per side;

2.  Opening Statements: 45 minutes per side;

3.  Direct and Cross Examination: 14 hours per side;

4.  Closing Arguments: 60 minutes per side.

**So ORDERED and SIGNED this 23rd day of April, 2010.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE